

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-16-00589-CV |
| Trial Court Cause Number: | 13-FD-0848 |
| Style: | Winnie Stacey Alwazzan |
| | v. Isa Ali Alwazzan and International Agencies Co., Ltd. |
| Date motion filed*: | December 11, 2019 |
| Type of motion: | Motion to Extend Time to File Response |
| Party filing motion: | Appellee |
| Document to be filed: | Response to Appellant's Motion for En Banc Reconsideration |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | December 11, 2019 |
| Number of previous extensions granted: | 0 |
| Date Requested: | 16 days |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **December 27, 2019**

    ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually    ☐ Acting for the Court

Date: December 12, 2019